IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01905-LTB

LEO APODACA,

    Applicant,

v.

ANGELO MEDINA,

    Respondent.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 12, 2012, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 12 day of September, 2012.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/L. Gianelli
        Deputy Clerk